UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GUSTAVO CAMACHO RODRIGUEZ FOR THE ESTATE OF GUSTAVO CAMACHO,<br><br>                 Plaintiff,<br><br>  v.<br><br>STRAND ORCHARD, LLC; STRAND APPLES, INC.; STRAND-BERNDT MANAGEMENT CO., LLC; STRAND BERNDT LEASE, LLC; STRAND ALLEN, INC.; and STRAND APPLES TOO, LLC,<br><br>                 Defendant. | NO: 1:20-CV-3020-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 41). The parties agree that Plaintiff's claims should be dismissed with prejudice, each party bearing its own costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party bearing its own costs.

2. All pending motions, deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED June 7, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2